## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Luis Aguilar-Castaneda

CRIMINAL COMPLAINT
CASE: 17-10810M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 9, 2017 at or near Nogales, Arizona, in the District of Arizona, Luis Aguilar-Castaneda, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through New Orleans, Louisiana on December 13, 2012 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(2).

   Luis Aguilar-Castaneda is a citizen of Mexico. On December 13, 2012, Luis Aguilar-Castaneda was lawfully denied admission, excluded, deported and removed from the United States through New Orleans, Louisiana. On September 9, 2017, agents found Luis Aguilar-Castaneda in the United States at or near Nogales, Arizona without the proper immigration documents. Luis Aguilar-Castaneda did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Luis Aguilar-Castaneda, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Luis Aguilar-Castaneda admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 9, 2017, at or near Nogales, Arizona.

File Date: 09/11/2017

at Tucson, Arizona

Cesar Ponce, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/11/2017

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 094 952 403